818

tioners in No. 79. *Toy R. Gregory* for petitioner in No. 84. *Solicitor General Sobeloff, Assistant Attorney General Barnes, Ralph S. Spritzer* and *Daniel M. Friedman* for the United States. Reported below: 210 F. 2d 732.

No. 82. SINISCAL ET AL. *v.* UNITED STATES, AS TRUSTEE ETC., ET AL. C. A. 9th Cir. Certiorari denied. *John C. Veatch* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Morton, Roger P. Marquis* and *Fred W. Smith* for the United States. 

No. 83. HOUSING AUTHORITY OF THE CITY OF DALLAS *v.* THOMAS ET UX. Supreme Court of Texas. Certiorari denied. *H. P. Kucera* for petitioner. *Mike McKool* and *Bert Bader* for respondents. 

No. 85. ARTUKOVIC *v.* IVANCEVIC, CONSUL GENERAL OF THE FEDERAL PEOPLES' REPUBLIC OF YUGOSLAVIA, ET AL. C. A. 9th Cir. Certiorari denied. *Robert T. Reynolds* for petitioner. *Lawrence S. Lesser* for respondents. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Carl H. Imlay* filed a brief for the United States, as *amicus curiae*, urging that the petition for a writ of certiorari be denied. 

No. 86. COLORADO INTERSTATE GAS CO. *v.* FEDERAL POWER COMMISSION. C. A. 10th Cir. Certiorari denied. *James Lawrence White, William A. Dougherty, John P. Akolt, Sr., John R. Turnquist, Charles E. McGee* and *Lewis M. Poe* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger, Melvin Richter, Willard W. Gatchell, Reuben Goldberg* and *Jacob Goldberg* for respondent.